No. 309. DANFORTH *v.* UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Circuit Court

of Appeals for the Eighth Circuit granted. *Mr. J. L. London* for petitioner. *Solicitor General Jackson, Assistant Attorney General Littell,* and *Mr. C. W. Leaphart* for the United States.